

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2015

No. 04-14-00432-CR

Otto Ray **KIETZMAN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0631
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court